Timothy Joseph Schmidt and Janet Louise Rustici
3983 S. McCarran Blvd., #154
Reno, NV 89502-7510
Phone: 775-583-8861

Defendant

FILED

OCT 28 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:

Timothy Joseph Schmidt and Janet Louise Rustici

         Debtors.

---

Rita Minnis as Trustee of the Minnis Living Trust Dated March 5, 1997
         Plaintiff

v.

Timothy Joseph Schmidt and Janet Louise Rustici
         Defendants

Case No: 09-23892-B7

Adversary: 09-24396-B

**DISCOVERY PLAN AND MOTION TO DISMISS**

Hon. Thomas Holman

Defendants, Timothy Joseph Schmidt and Janet Louise Rustici ("Defendants") hereby submits the following "Discovery Plan" in compliance with Rule 7026 of the Federal Rules of Bankruptcy Procedure and Rule 26 (f)(3) of the Federal Rules of Civil Procedure.

1. Discovery Limitations.
    a. The Defendant is not in possession of any financial documents from the corporation of XtremeStructures, Inc. To the best of the Defendants knowledge, these records are in the possession of the Butte County Sheriff's Department and have been since March 2009. The Plaintiff's Council is fully aware of this as this has been stated to him during each of the Court sessions held by Trustee John Reger.
    b. Additionally, the Defendants do not have the financial resources to travel to any location outside of Reno, Nevada and will have to conduct any Discovery session via the telephone.
2. Discovery Disclosures.
    a. The Defendants Request for Admissions from Plaintiff demonstrating admission that neither Timothy Joseph Schmidt and/or Janet Louise Rustici never signed a personal guarantee of this debt and that the loan agreement was between the Plaintiff and XtremeStructures, Inc. (a Delaware Corporation doing business as a Foreign Entity in California).
    b. The Defendants request that a complete list of documents, witnesses and other tangible things relevant to the allegations be provided to the Defendant in the Discovery Document.
3. Motion For Discharge. The Defendants request that the court discharge the case being that the debt was between the Plaintiff and XtremeStructures, Inc. NOT between the Plaintiff and the Defendants.
4. Other Orders. The Defendants are not presently aware of any other orders that should be made at this time.

DATED: October 26, 2009

DEFANDANTS:

By: _____
Timothy Joseph Schmidt

By: _____
Janet Louise Rustici

Dated: 10/26/2009                    Respectfully Submitted