UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | | |
|---|---|---|
| **Adversary Title :** | Minnis v. Schmidt et al | **Case No :** 09-23892 - B - 7 |
| | | **Adv No :** 09-02496 - B |
| | | **Date :** 1-6-10 |
| | | **Time :** 09:30 |
| **Matter :** | Status Conference - [1] - (14 (Recovery of money/property - other)),(62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud)),(67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)),(68 (Dischargeability - 523(a)(6), willful and malicious injury)) : Complaint 09-02496 by Rita Minnis against Timothy Joseph Schmidt. Fee $250 (rals) | |
| **Judge :** | Thomas Holman | |
| **Courtroom Deputy :** | Sheryl Arnold | |
| **Reporter :** | Diamond Reporters | |
| **Department :** | B | |

**APPEARANCES for :**
**Movant(s) :**
(by phone)    Plaintiff's Attorney - Dennis K. Cowan
**Respondent(s) :**
(by phone)    Defendant - Timothy Joseph Schmidt

HEARING CONTINUED TO: 3/3/10 at 09:30 AM

Notice of continuance waived.